502 A.2d 1240

**KELLER**

v.

**WIDMAN, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 10, 1986.

Petition for Allowance of Appeal GRANTED, No. 3 M.D. Appeal Docket 1986.